



**JUL 1 7 2015**

Clerk, U S District Court
District Of Montana
Billings

**LORI HARPER SUEK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Ave. North, Suite 3200**
**Billings, MT 59101**
**Phone:       (406) 657-6101**
**FAX:          (406) 657-6989**
**Email:       Lori.Suek@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 15- 79 -BLG-SPW** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **ASSAULT RESULTING IN SERIOUS BODILY INJURY (Count I)** Title 18 U.S.C. §§ 1153(a) and 113(a)(6) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| **FARON JON PEASE, JR.,** | |
| **Defendant.** | **ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY OF A DATING PARTNER (Count II)** Title 18 U.S.C. §§ 1153(a) and 113(a)(7) (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
| | **ASSAULT WITH A DANGEROUS WEAPON (Count III)** Title 18 U.S.C. §§ 1153(a) and 113(a)(3) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about May 16 and 17, 2015, at Lodge Grass, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, FARON JON PEASE, JR., an Indian person, intentionally assaulted B.T., said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

## COUNT II

That on or about May 16 and 17, 2015, at Lodge Grass, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, FARON JON PEASE, JR., an Indian person, intentionally assaulted B.T., a dating partner of the defendant, said assault resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(7).

## COUNT III

That on or about May 16 and 17, 2015, at Lodge Grass, in the State and District of Montana, and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, FARON JON PEASE, JR., an Indian person, with the specific intent to commit bodily harm, intentionally

assaulted B.T. with an axe, a dangerous weapon, in violation of 18 U.S.C.

§§ 1153(a) and 113(a)(3).

A TRUE BILL.

Foreperson signature redacted.  Original document
filed under seal.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: _____

Bail: _____