

PROB 12A
DMT Rev 1-17

# UNITED STATES DISTRICT COURT
## FOR
## DISTRICT OF MONTANA

### Report on Offender Under Supervision

**Name of Offender:** Faron Jon Pease, Jr.  **Docket Number:** 0977 1:15CR00079-001

**Name of Sentencing Judicial Officer:**  THE HONORABLE SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/26/2016

**Original Offense:** 18:113G.F; ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY, 18:113F.F; ASSAULT RESULTING IN SERIOUS BODILY INJURY

**Original Sentence:** 33 months custody, 36 months supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 01/25/2018

---

## NON-COMPLIANCE SUMMARY

### Background

On 05/26/2016, the defendant appeared for sentencing before THE HONORABLE SUSAN P. WATTERS, UNITED STATES DISTRICT JUDGE, having pled guilty to the offenses of 18:113G.F; ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY, 18:113F.F; ASSAULT RESULTING IN SERIOUS BODILY INJURY. The offense involved the defendant assaulting his girlfriend by holding her down and punching her in the face and ribs with closed fists. He also choked her to a point where she was unable to breathe. The victim was treated at the IHS Hospital in Crow Agency, Montana. Medical records reflect her left eye was swollen shut, she had blood in her ear canal and her tympanic membrane was also swollen. The assault also resulted in contusions on her face and chest and she was referred to an ear/nose/and throat specialist. The victim was re-admitted to the IHS Hospital two days following the assault as a result of ongoing pain from her injuries. The defendant was sentenced to 33 months custody, followed by 36 months supervised release. The defendant began the current term of supervised release on 01/25/2018.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Special condition:** The defendant shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch tests annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office. |
| | On 02/02/2018, the defendant failed to report to Alternatives Inc. to submit a random urine test. |

Report on Offender Under Supervision
Name of Offender:  Faron Jon Pease, Jr.
Page 2

| | |
|---|---|
| 2 | **Special condition:** The defendant shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch tests annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.<br><br>On 02/24/2018, the defendant failed to report to Alternatives Inc. to submit a random urine test. |
| 3 | **Standard condition:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.<br><br>On 02/27/2018, the defendant reported to the United States Probation Office at the request of United States Probation Officer (USPO), Sadie Dallaserra to submit a urine sample. His urine sample showed positive results for methamphetamine and marijuana. The defendant signed an Admission of Use form acknowledging he used methamphetamine and marijuana. |
| 4 | **Special condition:** The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supersedes standard condition number 7 with respect to alcohol consumption only.<br><br>On 02/27/2018, the defendant reported to the United States Probation Office at the request of USPO Dallaserra to submit a urine sample. When confronted about his use, the defendant also admitted he consumed alcohol. He signed an Admission of Use form acknowledging he consumed two bottles of twisted tea. |
| 5 | **Special condition:** The defendant shall participate in substance abuse testing to include not more than 365 urinalysis tests, not more than 365 breathalyzer tests, and not more than 36 sweat patch tests annually during the period of supervision. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.<br><br>On 03/04/2018, the defendant failed to report to Alternatives Inc. to submit a random urine test. |

Report on Offender Under Supervision
Name of Offender: Faron Jon Pease, Jr.
Page 3

## U.S. Probation Officer Action:

On 02/27/2018, a noncompliance hearing was held with USPO Dallaserra and the defendant to address continued noncompliance and substance abuse. The defendant is enrolled in substance abuse treatment and encouraged to obtain a sponsor and participate in recovery groups. He will also continue to participate in random urine and sweat patch testing. This officer respectfully requests the defendant continue his current course of treatment in lieu of revocation.

Reviewed By: *[signature]*
Martin Hylland
Supervising United States Probation Officer
Date: 03/06/2018

Respectfully Submitted By: *[signature] for:*
Rochelle Petri
United States Probation Officer
Date: 03/06/2018

## ORDER OF COURT

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Agrees with U.S. Probation Officer's recommendation

*[signature]*
Susan P Watters
United States District Judge

3-7-2018
Date