

JUN 1 5 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-79-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| FARON JON PEASE, JR, | |
| Defendant. | |

For the reasons stated on the record, FARON JON PEASE, JR., is hereby released from the custody of the U.S. Marshals Service.

DATED this 15th day of June, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE